**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, STATE OF CALIFORNIA, STATE OF NEW JERSEY, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEVADA, STATE OF NORTH CAROLINA, STATE OF OREGON, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WASHINGTON, STATE OF WISCONSIN, | Case No. 26-12962 |
|         Plaintiffs, |  |
|         v. |  |
| MEHMET OZ, M.D., in his official capacity as Director of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, |  |
|         Defendants. |  |

**PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

1

Plaintiffs Massachusetts, California, New Jersey, Arizona, Colorado, Connecticut, Delaware, District of Columbia, Hawai'i, Illinois, the Governor of Kentucky, Maine, Maryland, Michigan, Minnesota, New Mexico, New York, Nevada, North Carolina, Oregon, the Governor of Pennsylvania, Rhode Island, Vermont, Virginia, Washington, and Wisconsin (collectively, "Plaintiff States"), hereby respectfully move, pursuant to Fed. R. Civ. P. 65 and D. Mass. L. R. 7.1, for a preliminary injunction to restrain and enjoin defendants Dr. Mehmet Oz, the Centers for Medicare & Medicaid Services, Secretary Robert F. Kennedy, Jr., and the U.S. Department of Health & Human Services ("Defendants") from implementing the Interim Final Rule ("IFR"), "Community Engagement Requirement for Certain Individuals," 91 Fed. Reg. 33348 (June 3, 2026), which will cause immediate and irreparable harms to Plaintiff States' operation of their state Medicaid programs. The IFR is contrary to law, arbitrary and capricious, and profoundly harmful to Plaintiff States and their residents.

CMS's flouting of the statute and unreasoned decisionmaking have caused chaos for Plaintiff States, making it exceedingly difficult for them to comply with imminent deadlines.[1] And worse, because the challenged provisions will substantially scale back the available exclusions from the work requirement, they are projected to result in the loss of Medicaid coverage for thousands of individuals after that requirement goes into effect in January 2027—the effects of which will be an increase in uncompensated care costs borne by Plaintiff States and providers. Absent swift preliminary relief, the Plaintiff States will suffer significant irreparable harm as they

---

[1] In order to meet the August 31, 2026 notice deadline, numerous Plaintiff States need to finalize their notices by July 31, 2026. Declaration of Nita K. Klunder Ex. 3 ¶ 52; Ex. 5 ¶ 43; Ex. 6 ¶ 22; Ex. 9 ¶ 45. Plaintiffs have asked Defendants to provide Plaintiffs with a six-month extension of the January 1, 2027 implementation deadline as permitted by H.R. 1, 42 U.S.C. § 1396a(xx)(11), and agreement not to enforce the statutory notice deadline. Plaintiffs will apprise the court regarding Defendants' response as this will inform whether or not relief is still needed on or before July 31, 2026.

scramble to implement CMS's unlawful new regulation. The challenged provisions of the IFR must be promptly stayed or enjoined.

Plaintiff States hereby incorporate by reference the Complaint and the Memorandum of Law in Support of Plaintiff States' Motion for a Preliminary Injunction and supporting declarations, filed contemporaneously herewith. As detailed in the accompanying Memorandum of Law, Plaintiff States are likely to succeed in showing that (i) the Defendants' IFR violates the Administrative Procedure Act in multiple respects, including that it is contrary to law and arbitrary and capricious, (ii) that without a preliminary injunction, Plaintiff States will suffer irreparable harm; (iii) the balance of harms weighs strongly in Plaintiff States' favor; and (iv) the requested relief will serve the public interest by maintaining the status quo.

WHEREFORE, Plaintiff States respectfully request this Court enter the preliminary injunction in the form set forth in the proposed order attached to this motion.

Dated: June 29, 2026                                    Respectfully submitted,

**ANDREA JOY CAMPBELL**                    **ROB BONTA**
*Attorney General of Massachusetts*         *Attorney General for the State of California*

By: */s/ Nita Kumaraswami Klunder*          By: */s/ Anna Rich*
Nita K. Klunder (BBO No. 689304)            Neli N. Palma
  *State Trial Counsel*                      *Senior Assistant Attorney General*
Ethan W. Marks (BBO No. 690746)             Kathleen Boergers*
  *Deputy Chief, Health Care Division*       *Supervising Deputy Attorney General*
Katherine D. Kearns (BBO No. 707105)        Anna Rich*
Julia S. Canney (BBO No. 717328)            Ketakee Kane*
  *Assistant Attorneys General*              *Deputy Attorneys General*
One Ashburton Place                          1515 Clay Street
Boston, MA 02108                             Oakland, CA 94612
(617) 963-2394                               510-879-0296
nita.klunder@mass.gov                        Anna.Rich@doj.ca.gov
*Attorneys for the Commonwealth of*          *Attorneys for the People of the State of*
*Massachusetts*                              *California*

**JENNIFER DAVENPORT**
*Attorney General of New Jersey*

By*: /s/ Shankar Duraiswamy*
Shankar Duraiswamy*
*Deputy Solicitor General*
Samuel Dolinger*
*Assistant Attorney General*
Geoffrey McGee*
Jake Mazeitis*
*Deputy Attorneys General*
124 Halsey St.
Newark, NJ 07101
(609) 649-1019
Shankar.Duraiswamy@njoag.gov
*Attorneys for the State of New Jersey*

**KRISTIN K. MAYES**
*Attorney General of Arizona*

By*: /s/ Joshua A. Katz*
Joshua A. Katz*
*Assistant Attorney General*
2005 N. Central Ave.
Phoenix, AZ 85004
 (602) 542-8053
Joshua.Katz@azag.gov
*Attorney for the State of Arizona*

**PHILIP J. WEISER**
*Attorney General for the State of Colorado*

By: */s/ Ryan Lorch*
Ryan Lorch*
Sarah H. Weiss*
*Senior Assistant Attorneys General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Ryan.Lorch@coag.gov
Sarah.Weiss@coag.gov
*Attorneys for the State of Colorado*

**WILLIAM TONG**
*Attorney General of Connecticut*

By: */s/ Patricia E. McCooey*
Patricia E. McCooey*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov
*Attorney for State of Connecticut*

4

**KATHLEEN JENNINGS**
*Attorney General of the State of Delaware*

By: */s/ Vanessa L. Kassab*
Ian R. Liston*
*Director of Impact Litigation*
Robin L. Jacobs
*Assistant Attorney General*
Vanessa L. Kassab*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for the State of Delaware*


**ANNE E. LOPEZ**
*Attorney General for the State of Hawaiʻi*

By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorney for the State of Hawaiʻi*

**BRIAN L. SCHWALB**
*Attorney General of the District of Columbia*

By: */s/ Nicole S. Hill*
Nicole S. Hill*
*Assistant Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 727-4171
Nicole.Hill@dc.gov
*Attorney for District of Columbia*


**KWAME RAOUL**
*Attorney General of Illinois*

By: */s/ Katharine Roller*
Katharine Roller*
Complex Litigation Counsel
Emily Hirsch*
Assistant Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-519-1842
Katharine.roller@ilag.gov
Emily.hirsch@ilag.gov
*Attorneys for the State of Illinois*

**OFFICE OF THE GOVERNOR ex rel.
ANDY BESHEAR**
*In His Official Capacity as Governor Of
The Commonwealth Of Kentucky*

/s/    S. Travis Mayo
S. Travis Mayo*
*General Counsel*
Sam Flynn*
*Chief Deputy General Counsel*
Laura C. Tipton*
*Deputy General Counsel*
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
sam.flynn@ky.gov
laurac.tipton@ky.gov
*Attorneys for the Office of the Governor*


**ANTHONY G. BROWN**
*Attorney General of Maryland*

/s/ Michael Drezner
Michael Drezner*
*Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us
*Attorney for the State of Maryland*


**AARON M. FREY**
*Maine Attorney General*

By: /s/ Katherine W. Thompson
Katherine W. Thompson*
*Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Kate.thompson@maine.gov
*Attorney for the State of Maine*


**DANA NESSEL**
*Attorney General of Michigan*

By: /s/ Neil Giovanatti
Neil Giovanatti*
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
*Attorney for the State of Michigan*

6

**KEITH ELLISON**
*Attorney General of Minnesota*

By: */s/Katherine Bies*
Katherine Bies*
*Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
*Attorney for the State of Minnesota*

**RAÚL TORREZ**
*Attorney General Of New Mexico*

By: */s/ Anjana Samant*
Anjana Samant*
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
asamant@nmdoj.gov
*Attorney for the State of New Mexico*

**JEFF JACKSON**
Attorney General of North Carolina
By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
*Associate Deputy Attorney General*
Laura Howard
*Chief Deputy Attorney General*
114 W. Edenton St.,
Raleigh, NC 27603
(919) 716-6026
dmosteller@ncdoj.gov
*Attorneys for the State of North Carolina*

**AARON D. FORD**
*Attorney General of Nevada*

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-8727
kireland@ag.nv.gov
*Attorney for the State of Nevada*

**LETITIA JAMES**
*Attorney General for the State of New York*

By: */s/ Morenike Fajana*
Morenike Fajana*
*Special Counsel*
Rabia Muqaddam*
*Chief Counsel for Federal Initiatives*
28 Liberty Street
New York, NY 10005
(347) 931-3187
Morenike.fajana@ag.ny.gov
*Attorneys for the State of New York*

**DAN RAYFIELD**
*Attorney General of Oregon*

By: */s/ Scott P. Kennedy*
Scott P. Kennedy*
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Scott.Kennedy@doj.oregon.gov
*Attorney for the State of Oregon*

7

**JOSH SHAPIRO**
*Governor of the Commonwealth of Pennsylvania*

By: */s/ Jacob B. Boyer*
Jennifer C. Selber*
*General Counsel*
Jacob B. Boyer*
*Deputy General Counsel*
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
717-460-6786
jacobboyer@pa.gov
*Attorneys for the Governor of the Commonwealth of Pennsylvania*

**PETER F. NERONHA**
*Attorney General of Rhode Island*

By: */s/ Julia C. Harvey*
Julia C. Harvey*
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
jharvey@riag.ri.gov
*Attorney for the State of Rhode Island*

**CHARITY R. CLARK**
*Attorney General for the State of Vermont*

By: */s/ Ryan Patrick Kane*
Ryan Patrick Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Ryan.kane@vermont.gov
*Attorney for the State of Vermont*

**JAY JONES**
*Attorney General for the Commonwealth of Virginia*

/s/ *Megan C. Keenan*
Megan C. Keenan*
*Deputy Solicitor General*
202 North Ninth Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us
*Attorney for Commonwealth of Virginia*

8

**NICHOLAS W. BROWN**
*Attorney General State of Washington*

By: */s/ Tyler Roberts*
Tyler Roberts*
*Assistant Attorney General*
William McGinty*
*Deputy Solicitor General*
Washington Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206)-464-7744
Tyler.Roberts@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for State of Washington*

**JOSHUA L. KAUL**
*Attorney General for the State of Wisconsin*

By: */s/ Faye Hipsman*
Faye Hipsman*
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorney for State of Wisconsin*

*pro hac vice forthcoming

## <u>LOCAL RULE 7.1 CERTIFICATE</u>

I, Nita K. Klunder, certify that on June 29, 2026, at approximately 2:05 pm, I contacted the following individuals at the U.S. Department of Justice by electronic mail to provide notice of this motion:

Abraham George
Chief, Civil Division
Abraham.george@usdoj.gov

Brad Rosenberg
Chief Litigation Counsel, Federal Programs Branch, Civil Division
Brad.rosenberg@usdoj.gov

Rayford Farquhar
Deputy Chief, Civil Division and Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel but are proceeding with this filing given the need for prompt relief, as set forth in the accompanying memorandum of law.

/s/ Nita K. Klunder
Nita K. Klunder (BBO #689304)
   *State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
617.963.2394
Nita.klunder@mass.gov
*Counsel for the Commonwealth of Massachusetts*

10

## **CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and will be provided to the following counsel for the defendants by email:

Abraham George
Chief, Civil Division
Abraham.george@usdoj.gov

Brad Rosenberg
Chief Litigation Counsel, Federal Programs Branch, Civil Division
Brad.rosenberg@usdoj.gov

Rayford Farquhar
Deputy Chief, Civil Division and Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

*/s/* Nita K. Klunder
Nita K. Klunder

11