## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

MEHMET OZ, M.D., et al.,

Defendants.

CIVIL ACTION
NO. 26-12962

## <u>DECLARATION OF NITA K. KLUNDER</u>

Pursuant to 28 U.S.C. § 1746, I, Nita K. Klunder, do hereby state:

1.    I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.    I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.    I make the following statements of my own knowledge or a review of files in my possession.

4.    I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

5.    Attached as **Exhibit 1** is a true and accurate copy of the Declaration of Patricia Dennis, Arizona Health Care Cost Containment System.

6.    Attached as **Exhibit 2** is a true and accurate copy of the Declaration of Yingjia Huang, California Department of Health Care Services.

1

7. Attached as **Exhibit 3** is a true and accurate copy of the Declaration of Adela Flores-Brennan, Colorado Department of Health Care Policy and Financing.

8. Attached as **Exhibit 4** is a true and accurate copy of the Declaration of Peter Hadler, Connecticut Department of Social Services.

9. Attached as **Exhibit 5** is a true and accurate copy of the Declaration of Andrew Wilson, Delaware Department of Health and Social Services.

10. Attached as **Exhibit 6** is a true and accurate copy of the Declaration of Melisa Byrd, the District of Columbia Department of Health Care Finance.

11. Attached as **Exhibit 7** is a true and accurate copy of the Declaration of Katherine Yager, Illinois Department of Healthcare and Family Services.

12. Attached as **Exhibit 8** is a true and accurate copy of the Declaration of Lisa Lee, Kentucky Department of Medicaid Services.

13. Attached as **Exhibit 9** is a true and accurate copy of the Declaration of Ian Yaffe, Maine Department of Health and Human Services.

14. Attached as **Exhibit 10** is a true and accurate copy of the Declaration of Perrie Briskin, Maryland Department of Health.

15. Attached as **Exhibit 11** is a true and accurate copy of the Declaration of Ryan Schwarz, Massachusetts Executive Office of Health and Human Services.

16. Attached as **Exhibit 12** is a true and accurate copy of the Declaration of Elizabeth Hertel, Michigan Department of Health and Human Services.

17. Attached as **Exhibit 13** is a true and accurate copy of the Declaration of Pamela Weiner, Minnesota Department of Human Services.

18. Attached as **Exhibit 14** is a true and accurate copy of the Declaration of K. Brunetti Ireland, Nevada Attorney General's Office.

19. Attached as **Exhibit 15.** is a true and accurate copy of the Declaration of Gregory Woods, New Jersey Department of Human Services.

20. Attached as **Exhibit 16** is a true and accurate copy of the Declaration of Alanna Dancis, New Mexico Health Care Authority.

21. Attached as **Exhibit 17** is a true and accurate copy of the Declaration of Dr. James V. McDonald, M.D., M.P.H., New York State Department of Health.

22. Attached as **Exhibit 18** is a true and accurate copy of the Declaration of Sarah Gregosky, M.S.P.H., North Carolina Department of Health and Human Services, Division of Health Benefits (NC Medicaid).

23. Attached as **Exhibit 19** is a true and accurate copy of the Declaration of Vivian Levy, Oregon Health Authority.

24. Attached as **Exhibit 20** is a true and accurate copy of the Declaration of Hoa Pham, Pennsylvania Department of Human Services' Office of Income Maintenance.

25. Attached as **Exhibit 21** is a true and accurate copy of the Declaration of Kristin Pono Sousa, Rhode Island Medicaid Program.

26. Attached as **Exhibit 22** is a true and accurate copy of the Declaration of Marjorie Stinchcombe, Vermont Office of the Health Care Advocate.

27. Attached as **Exhibit 23** is a true and accurate copy of the Declaration of Steven Ford, Virginia Department of Medical Assistance Services.

28. Attached as **Exhibit 24** is a true and accurate copy of the Declaration of Judy Zerzan-Thul, M.D., M.P.H., Washington State Health Care Authority.

29.     Attached as **Exhibit 25** is a true and accurate copy of the Declaration of Debra Standridge, Wisconsin Department of Health Services.

30.     Attached as **Exhibit 26** is a true and accurate copy of the National Health Law Program letter to Secretary Kennedy and Administrator Oz dated November 19, 2025.

31.     Attached as **Exhibit 27** is a true and accurate copy of a Center for Medicaid & CHIP Services Informational Bulletin dated December 8, 2025.

32.     Attached as **Exhibit 28** is a true and accurate copy of a study by Lucy Chen and Benjammin Sommers titled, "Work Requirements and Medicaid Disenrollment in Arkansas, Kentucky, Louisiana, and Texas, 2018." It was published in the American Journal of Public Health, 110, 1208-1210. It can be accessed at https://doi.org/10.2105/AJPH.2020.305697.

33.     Attached as **Exhibit 29** is a true and accurate copy of a press release titled, "Gov. Pillen, Dr. Oz Announce Nebraska is First in the Nation to Pursue Medicaid Work Requirements," dated December 17, 2025.

34.     Attached as **Exhibit 30** is a true and accurate copy of the Sickle Cell Disease Partnership letter to Administrator OZ dated October 22, 2025.

Signed under the penalties of perjury on this 29th day of June, 2026 in Boston, Massachusetts.

*/s/ Nita K. Klunder*
Nita K. Klunder

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Nita K. Klunder*
Nita K. Klunder