AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Massachusetts

| | |
|---|---|
| Commonwealth of Massachusetts, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-12962 |
| Mehmet Oz, M.D., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts      .

Date:     06/30/2026

                                                /s/ Ethan W. Marks
                                                     *Attorney's signature*

                             Ethan W. Marks, BBO No. 690746
                                    *Printed name and bar number*

                               Office of the Attorney General
                                   One Ashburton Place
                                   Boston, MA 02108

                                                             *Address*

                             Ethan.W.Marks@mass.gov
                                     *E-mail address*

                                   (617) 963-2104
                                     *Telephone number*

                                   (617) 573-5386
                                     *FAX number*