AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-12962 |
| Mehmet Oz, M.D., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maryland                                                                                                    .

Date:       07/02/2026

/s/ Michael Drezner
*Attorney's signature*

Michael Drezner, MD Bar No. 2507211004
*Printed name and bar number*

200 Saint Paul Place
Baltimore, Maryland 21202

*Address*

mdrezner@oag.maryland.gov
*E-mail address*

(410) 576-6959
*Telephone number*

*FAX number*