**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MEHMET OZ, M.D., et al.,<br><br>　　　　Defendants. | Case No. 1:26-cv-12962 |

## <u>JOINT MOTION FOR A SCHEDULING ORDER</u>

The parties write to seek a briefing schedule regarding Plaintiff States' Motion for a Preliminary Injunction ("Motion," Dkt. No. 2). The parties are available for a Scheduling Conference.

As noted in the Motion, Plaintiffs' asked if Defendants would agree (1) "to provide Plaintiffs with a six-month extension of the January 1, 2027 implementation deadline as permitted by H.R. 1, 42, U.S.C. §1396a(xx)(11), and (2) not to enforce the statutory notice deadline at 42 U.S.C. § 1396(xx)(8)."[1] On July 7, 2026, DOJ counsel notified Plaintiffs that "Defendants are not amenable to these requests, so we will need to proceed with getting the motion for preliminary injunction briefed." As detailed in their Motion, Plaintiffs seek a ruling by July 31 to avoid irreversible harm for many of the Plaintiff States.

The parties have worked together to come up with the following schedule:

Defendants' Opposition Brief: 3 pm eastern July 15, 2026 (no more than 35 pages)

Plaintiffs' Reply Brief: July 21, 2026 (no more than 15 pages)

---

[1] Plaintiffs informed the Court that they would make these asks of Defendants as they bore on the need for relief by July 31, 2026. Motion, at 2 n.1.

To the extent this proposed schedule does not leave the Court with adequate time to rule on or before July 31, 2026, Plaintiffs request that the Court set a more expedited briefing schedule.

The parties are available should the Court wish to hold oral argument on July 27, 28, 29, 30, 31. To the extent the Court waits until the Motion is fully briefed to schedule oral argument, the Plaintiffs ask for 48 hours' notice to accommodate out of state travel.

Dated: July 9, 2026                                             Respectfully submitted,

**ANDREA JOY CAMPBELL**                      **ROB BONTA**
 *Attorney General of Massachusetts*           *Attorney General for the State of California*

By: */s/ Nita Kumaraswami Klunder*            By: */s/ Anna Rich*
Nita K. Klunder (BBO No. 689304)              Neli N. Palma
 *State Trial Counsel*                          *Senior Assistant Attorney General*
Ethan W. Marks (BBO No. 690746)               Kathleen Boergers*
 *Deputy Chief, Health Care Division*           *Supervising Deputy Attorney General*
Katherine D. Kearns (BBO No. 707105)          Anna Rich*
Julia S. Canney (BBO No. 717328)              Ketakee Kane*
 *Assistant Attorneys General*                  *Deputy Attorneys General*
One Ashburton Place                           1515 Clay Street
Boston, MA 02108                              Oakland, CA 94612
(617) 963-2394                                510-879-0296
nita.klunder@mass.gov                         Anna.Rich@doj.ca.gov
*Attorneys for the Commonwealth of*            *Attorneys for the People of the State of*
*Massachusetts*                                *California*

2

**JENNIFER DAVENPORT**
*Attorney General of New Jersey*

By*: /s/ Shankar Duraiswamy*
Shankar Duraiswamy*
*Deputy Solicitor General*
Samuel Dolinger*
*Assistant Attorney General*
Geoffrey McGee*
Jake Mazeitis*
*Deputy Attorneys General*
124 Halsey St.
Newark, NJ 07101
(609) 649-1019
Shankar.Duraiswamy@njoag.gov
*Attorneys for the State of New Jersey*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director
Federal Programs Branch

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-0680
Michael.j.gerardi@usdoj.gov
*Attorneys for Defendants*

*pro hac vice order, pending, or forthcoming

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and will be provided to the following counsel for the defendants by email:

Michael Gerardi
Senior Trial Counsel
Michael.j.gerardi@usdoj.gov

/s/ Nita K. Klunder
Nita K. Klunder

3