**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>MEHMET OZ, M.D., in his official capacity as Director of the Centers for Medicare & Medicaid Services, *et al.*,<br><br>　　Defendants. | Case No. 1:26-cv-12962 |

**NOTICE OF WITHDRAWAL**

Julia Harvey, counsel for the Plaintiff State of Rhode Island, respectfully submits this notice of her withdrawal as attorney of record in this matter pursuant to LR 83.5.2(c). The Plaintiff State of Rhode Island will continue to be represented by existing counsel of record, Lee B. Staley.

Dated: July 31, 2026　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Julia Harvey*

　　　　　　　　　　　　　　　　　　　　Julia Harvey (RI Bar No. 10529)
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Rhode Island
　　　　　　　　　　　　　　　　　　　　150 South Main Street
　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　401-274-4400
　　　　　　　　　　　　　　　　　　　　jharvey@riag.ri.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for the State of Rhode Island*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF System.

*/s/ Meghan Spooner*