**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>MEHMET OZ, M.D., et al.<br><br>        Defendants. | Case No. 1:26-cv-12962 |

### JOINT MOTION FOR A SCHEDULING ORDER

Pursuant to the Court's order dated July 29, 2026, Dkt. No. 95, the parties write to submit a joint scheduling proposal for Plaintiff States' Motion for Summary Judgment and for Defendants' Cross-Motion for Summary Judgment. The Court ordered that it would, "after consulting the parties, set an expedited schedule that provides for full briefing of the merits before the implementation deadline of January 1, 2027." Dkt. No. 94 at 5.

The parties respectfully request that the Court enter an order setting the following deadlines and page limits:

| Event | Date | Page Limit |
|---|---|---|
| Defendants' Production of the Administrative Record | August 14, 2026 | N/A |
| Plaintiffs' Motion for Summary Judgment | September 1, 2026 | 30 pages |
| Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | September 18, 2026 | 35 pages |
| Plaintiffs' Reply in Support of their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | September 28, 2026 | 20 pages |

1

| Defendants' Reply in Support of their Cross-Motion for Summary Judgment | October 7, 2026 | 15 pages |
|---|---|---|
| Proposed Hearing Date | October 13, 2026 | N/A |

In conjunction with this schedule, the parties agree to waive Defendants' obligation to answer the complaint, ECF No. 1.

Dated: August 5, 2026                                    Respectfully submitted,

**ANDREA JOY CAMPBELL**                                  **ROB BONTA**
*Attorney General of Massachusetts*                       *Attorney General for the State of California*

By: */s/ Katherine D. Kearns*                            By: */s/ Anna Rich*
Nita K. Klunder (BBO No. 689304)                         Neli N. Palma
 *State Trial Counsel*                                    *Senior Assistant Attorney General*
Ethan W. Marks (BBO No. 690746)                          Kathleen Boergers*
 *Deputy Chief, Health Care Division*                     *Supervising Deputy Attorney General*
Katherine D. Kearns (BBO No. 707105)                     Anna Rich*
Julia S. Canney (BBO No. 717328)                         Ketakee Kane*
 *Assistant Attorneys General*                            *Deputy Attorneys General*
One Ashburton Place                                      1515 Clay Street
Boston, MA 02108                                         Oakland, CA 94612
(617) 963-2394                                           510-879-0296
katherine.kearns@mass.gov                                Anna.Rich@doj.ca.gov

*Attorneys for the Commonwealth of*                      *Attorneys for the People of the State of*
*Massachusetts*                                          *California*


**JENNIFER DAVENPORT**                                   **BRETT A. SHUMATE**
*Attorney General of New Jersey*                          Assistant Attorney General, Civil Division

By*: /s/ Shankar Duraiswamy*                             **ERIC BECKENHAUER**
Shankar Duraiswamy*                                      Assistant Director
*Deputy Solicitor General*                                Federal Programs Branch
Samuel Dolinger*
*Assistant Attorney General*                              */s/ Michael J. Gerardi*
Geoffrey McGee*                                          MICHAEL J. GERARDI (D.C. Bar No.
Jake Mazeitis*                                           1017949)
*Deputy Attorneys General*                                Senior Trial Counsel
124 Halsey St.                                           U.S. Dep't of Justice, Civil Division
Newark, NJ 07101                                         Federal Programs Branch
(609) 649-1019                                           1100 L Street, NW
Shankar.Duraiswamy@njoag.gov                             Washington, D.C.  20005
                                                         Email: michael.j.gerardi@usdoj.gov
*Attorneys for the State of New Jersey*                   Phone: (202) 616-0680
                                                         Fax: (202) 616-8460


                                                         *Attorneys for the Defendants*


*pro hac vice granted

3

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Katherine D. Kearns*
Katherine D. Kearns (BBO No. 707105)