**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MEHMET OZ, M.D., et al.,<br><br>Defendants. | CIVIL ACTION NO. 26-12962 |

**DECLARATION OF NITA K. KLUNDER**

Pursuant to 28 U.S.C. § 1746, I, Nita K. Klunder, do hereby state:

1. I am a State Trial Counsel in the Office of the Attorney General for the Commonwealth of Massachusetts. I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in support of Plaintiff States' Motion for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56.

3. I make the following statements of my own knowledge or a review of files in my possession.

4. I have attached to this declaration true and correct copies of publicly promulgated or issued documents, factual declarations, and productions from Defendants as follows:

5. Attached as **Exhibit 1** is a true and accurate copy of the Declaration of Patricia Dennis, Arizona Health Care Cost Containment System, dated June 28, 2026.

6. Attached as **Exhibit 2** is a true and accurate copy of the Declaration of Yingjia Huang, California Department of Health Care Services, dated June 28, 2026.

7. Attached as **Exhibit 3** is a true and accurate copy of the Declaration of Adela Flores-Brennan, Colorado Department of Health Care Policy and Financing, dated June 26, 2026.

8. Attached as **Exhibit 4** is a true and accurate copy of the Declaration of Peter Hadler, Connecticut Department of Social Services, dated June 26, 2026.

9. Attached as **Exhibit 5** is a true and accurate copy of the Declaration of Andrew Wilson, Delaware Department of Health and Social Services, dated June 26, 2026.

10. Attached as **Exhibit 6** is a true and accurate copy of the Declaration of Melisa Byrd, the District of Columbia Department of Health Care Finance, dated June 26, 2026.

11. Attached as **Exhibit 7** is a true and accurate copy of the Declaration of Katherine Yager, Illinois Department of Healthcare and Family Services, dated June 26, 2026.

12. Attached as **Exhibit 8** is a true and accurate copy of the Declaration of Lisa Lee, Kentucky Department of Medicaid Services, dated June 26, 2026.

13. Attached as **Exhibit 9** is a true and accurate copy of the Declaration of Ian Yaffe, Maine Department of Health and Human Services, dated June 26, 2026.

14. Attached as **Exhibit 10** is a true and accurate copy of the Declaration of Perrie Briskin, Maryland Department of Health, dated June 26, 2026.

15. Attached as **Exhibit 11** is a true and accurate copy of the Declaration of Ryan Schwarz, Massachusetts Executive Office of Health and Human Services, dated June 26, 2026.

16. Attached as **Exhibit 12** is a true and accurate copy of the Declaration of Elizabeth Hertel, Michigan Department of Health and Human Services, dated June 26, 2026.

17. Attached as **Exhibit 13** is a true and accurate copy of the Declaration of Pamela Weiner, Minnesota Department of Human Services, dated June 26, 2026.

18. Attached as **Exhibit 14** is a true and accurate copy of the Declaration of K. Brunetti Ireland, Nevada Attorney General's Office, dated June 27, 2026.

19. Attached as **Exhibit 15.** is a true and accurate copy of the Declaration of Gregory Woods, New Jersey Department of Human Services, dated June 27, 2026.

20. Attached as **Exhibit 16** is a true and accurate copy of the Declaration of Alanna Dancis, New Mexico Health Care Authority, dated June 26, 2026.

21. Attached as **Exhibit 17** is a true and accurate copy of the Declaration of Dr. James V. McDonald, M.D., M.P.H., New York State Department of Health, dated June 26, 2026.

22. Attached as **Exhibit 18** is a true and accurate copy of the Declaration of Sarah Gregosky, M.S.P.H., North Carolina Department of Health and Human Services, Division of Health Benefits, dated June 26, 2026.

23. Attached as **Exhibit 19** is a true and accurate copy of the Declaration of Vivian Levy, Oregon Health Authority, dated June 29, 2026.

24. Attached as **Exhibit 20** is a true and accurate copy of the Declaration of Hoa Pham, Pennsylvania Department of Human Services' Office of Income Maintenance, dated June 26, 2026.

25. Attached as **Exhibit 21** is a true and accurate copy of the Declaration of Kristin Pono Sousa, Rhode Island Medicaid Program, dated June 26, 2026.

26. Attached as **Exhibit 22** is a true and accurate copy of the Declaration of Marjorie Stinchcombe, Vermont Office of the Health Care Advocate, dated June 29, 2026.

27. Attached as **Exhibit 23** is a true and accurate copy of the Declaration of Steven Ford, Virginia Department of Medical Assistance Services, dated June 26, 2026.

28. Attached as **Exhibit 24** is a true and accurate copy of the Declaration of Judy Zerzan-Thul, M.D., M.P.H., Washington State Health Care Authority, dated June 26, 2026.

29. Attached as **Exhibit 25** is a true and accurate copy of the Declaration of Debra Standridge, Wisconsin Department of Health Services, dated June 24, 2026.

30. Attached as **Exhibit 26** is a true and accurate copy of the National Health Law Program letter to Secretary Kennedy and Administrator Oz dated November 19, 2025.

31. Attached as **Exhibit 27** is a true and accurate copy of a Center for Medicaid & CHIP Services Informational Bulletin dated December 8, 2025.

32. Attached as **Exhibit 28** is a true and accurate copy of a study by Lucy Chen and Benjammin Sommers titled, "Work Requirements and Medicaid Disenrollment in Arkansas, Kentucky, Louisiana, and Texas, 2018." It was published in the American Journal of Public Health, 110, 1208-1210. It can be accessed at https://doi.org/10.2105/AJPH.2020.305697.

33. Attached as **Exhibit 29** is a true and accurate copy of a press release titled, "Gov. Pillen, Dr. Oz Announce Nebraska is First in the Nation to Pursue Medicaid Work Requirements," dated December 17, 2025.

34. Attached as **Exhibit 30** is a true and accurate copy of the Sickle Cell Disease Partnership letter to Administrator OZ dated October 22, 2025.

35. On July 20, 2026, pursuant to Sections 6(a)(3)(B), (C), and (E) of Executive Order 12866, I submitted a request via email to the Office of Management and Budget ("OMB") and to Dominic Mancini, Deputy Administrator, Office of Information and Regulatory Affairs ("OIRA"), OMB, at OIRA_submission@omb.eop.gov and dominic_mancini@omb.eop.gov, respectively. In that request, I sought the original version submitted to OIRA of RIN-00938-AV98, titled "Establishing Community Engagement Requirements for Certain Individuals Under

Section 1902(xx) of the Social Security Act," along with "a redline between that version and the final version with notation of any changes that were made at the request of OIRA." A true and accurate copy of my July 20, 2026 request is attached to this declaration as **Exhibit 31**. I have not yet received a response to this request.

36. Attached to this declaration as **Exhibit 32** is a true and accurate copy of the Declaration of Hannah Katch, Founder and Principal, Katch Strategies, LLC, dated July 20, 2026.

37. Attached as **Exhibit 33** is a true and accurate copy of the Declaration of Patricia Dennis, Arizona Health Care Cost Containment System, dated August 25, 2026.

38. Attached as **Exhibit 34** is a true and accurate copy of the Declaration of Yingjia Huang, California Department of Health Care Services, dated August 30, 2026.

39. Attached as **Exhibit 35** is a true and accurate copy of the Declaration of Adela Flores-Brennan, Colorado Department of Health Care Policy and Financing, dated August 19, 2026.

40. Attached as **Exhibit 36** is a true and accurate copy of the Declaration of Peter Hadler, Connecticut Department of Social Services, dated August 26, 2026.

41. Attached as **Exhibit 37** is a true and accurate copy of the Declaration of Andrew Wilson, Delaware Department of Health and Social Services, dated August 21, 2026.

42. Attached as **Exhibit 38** is a true and accurate copy of the Declaration of Melisa Byrd, the District of Columbia Department of Health Care Finance, dated August 25, 2026.

43. Attached as **Exhibit 39** is a true and accurate copy of the Declaration of Edie Mayeshiro, Hawai‘i Department of Human Services, dated August 28, 2026.

44. Attached as **Exhibit 40** is a true and accurate copy of the Declaration of Katherine Yager, Illinois Department of Healthcare and Family Services, dated August 18, 2026.

45. Attached as **Exhibit 41** is a true and accurate copy of the Declaration of Lisa Lee, Kentucky Department of Medicaid Services, dated August 17, 2026.

46. Attached as **Exhibit 42** is a true and accurate copy of the Declaration of Ian Yaffe, Maine Department of Health and Human Services, dated August 19, 2026.

47. Attached as **Exhibit 43** is a true and accurate copy of the Declaration of Perrie Briskin, Maryland Department of Health, dated August 27, 2026.

48. Attached as **Exhibit 44** is a true and accurate copy of the Declaration of Ryan Schwarz, Massachusetts Executive Office of Health and Human Services, dated August 24, 2026.

49. Attached as **Exhibit 45** is a true and accurate copy of the Declaration of Meghan E. Groen, Michigan Department of Health and Human Services, dated August 18, 2026.

50. Attached as **Exhibit 46** is a true and accurate copy of the Declaration of Pamela Weiner, Minnesota Department of Human Services, dated August 27, 2026.

51. Attached as **Exhibit 47** is a true and accurate copy of the Declaration of Gregory Woods, New Jersey Department of Human Services, dated August 31, 2026.

52. Attached as **Exhibit 48** is a true and accurate copy of the Declaration of Sarah Gregosky, M.S.P.H., North Carolina Department of Health and Human Services, Division of Health Benefits, dated August 25, 2026.

53. Attached as **Exhibit 49** is a true and accurate copy of the Declaration of Vivian Levy, Oregon Health Authority, dated August 19, 2026.

54. Attached as **Exhibit 50** is a true and accurate copy of the Declaration of Hoa Pham, Pennsylvania Department of Human Services' Office of Income Maintenance, dated August 25, 2026.

55. Attached as **Exhibit 51** is a true and accurate copy of the Declaration of Kristin Pono Sousa, Rhode Island State Medicaid Program, dated August 25, 2026.

56. Attached as **Exhibit 52** is a true and accurate copy of the Declaration of Steven Ford, Virginia Department of Medical Assistance Services, dated August 25, 2026.

57. Attached as **Exhibit 53** is a true and accurate copy of the Declaration of Judy Zerzan-Thul, M.D., M.P.H., Washington State Health Care Authority, dated August 25, 2026.

58. Attached as **Exhibit 54** is a true and accurate copy of the Declaration of Elizabeth A. Kaplan, Health Law and Policy Clinic at the Center for Health Law & Policy Innovation of Harvard Law School, dated August 28, 2026.

59. Attached as **Exhibit 55** is a true and accurate copy of a comment letter with the subject "Objection to CMS Medicaid Work Requirement Interim Final rules (June 3, 2026), RIN 0938-AV98, File Code No. CMS-2454-IFC, Document ID CMS-2026-2047-0002, Federal Register No. 2026-11094," which was submitted by the Plaintiff States via the Federal eRulemaking Portal on July 31, 2026.

60. Attached as **Exhibit 56** is a true and accurate copy of a slide deck by the Centers for Medicare & Medicaid Services titled, "Streamlining Enrollment and Renewal Processes in Medicaid and CHIP (CMS-2421-F2)," dated May 2024. It can be accessed at https://www.cms.gov/files/document/ee-final-rule-slides-52824.pdf.

61. Attached as **Exhibit 57** is a true and accurate copy of a webpage titled "Administration" on the official website of the Medicaid and CHIP Payment and Access

Commission, as accessed on August 27, 2026. It can be accessed at https://www.macpac.gov/medicaid-101/administration/.

62. Attached as **Exhibit 58** is a true and accurate copy of an issue brief by Jessica Mathers, Alice Burns, and Robin Rudowitz, titled "CMS' New Approach to Federal Medicaid Spending in Cases of Potential Fraud," dated May 15, 2026 and published by KFF. It can be accessed at https://www.kff.org/medicaid/cms-new-approach-to-federal-medicaid-spending-in-cases-of-potential-fraud/.

63. Attached as **Exhibit 59** is a true and accurate copy of a webpage titled "Disability Determination Process" on the official website of the Social Security Administration, as accessed on August 28, 2026. It can be accessed at https://www.ssa.gov/disability/determination.htm.

64. Attached as **Exhibit 60** is a true and accurate copy of a webpage titled "Disability Benefits: How Does Someone Become Eligible" on the official website of the Social Security Administration, as accessed on August 28, 2026. It can be accessed at https://www.ssa.gov/benefits/disability/qualify.html#anchor1.

65. Attached as **Exhibit 61** is a true and accurate copy of a webpage titled "Disability Evaluation Under Social Security" on the official website of the Social Security Administration, as accessed on August 28, 2026. It can be accessed at https://www.ssa.gov/disability/professionals/bluebook/listing-impairments.htm.

66. Attached as **Exhibit 62** is a true and accurate copy of a comment letter with the subject "American Public Health Association, Grantmakers in health, Jacobs Institute of Women's Health, National Center for Medical-Legal Partnership, and Public Health Deans and Scholars' Comments on Department of Health and Human Services 'Medicaid Program; Community

Engagement Requirement for Certain Individuals' (CMS-2454-IFC; RIN 0938-AV98)," dated July 31, 2026, which was submitted electronically via regulations.gov.

67. Attached as **Exhibit 63** is a true and accurate copy of "Executive Order Review Search Results" for the Rule titled "Establishing State Community Engagement Requirements for Certain Individuals Under Section 1902(xx) of the Social security Act (CMS-2454)," RIN 0938-AV98, with a received date of March 31, 2026, on the official website of the Office of Information and Regulatory Affairs, as accessed on August 31, 2026. It can be accessed at https://www.reginfo.gov/public/Forward?SearchTarget=RegReview&textfield=0938-av98&image61.x=16&Image61.y=9.

68. Attached as **Exhibit 64** is a true and accurate copy of a document issued by the Nebraska Department of Health and Human Services, titled "Nebraska Medicaid Work Requirements: Medically Frail and SUD Treatment Program Exemptions," dated May 1, 2026.

69. Attached as **Exhibit 65** is a true and accurate copy of a research report by Ian Hill, Emily Burroughs, and Gina Adams titled, "New Hampshire's Experience with Medicaid Work Requirements," dated February 2020 and published by the Urban Institute. It can be accessed at https://www.urban.org/sites/default/files/publication/101657/new_hampshires_experience_with_medicaid_work_requirements_v2_0_7.pdf.

70. Attached as **Exhibit 66** is a true and accurate copy of a letter to Secretary Robert F. Kennedy Jr. from Oregon Governor Tina Kotek, Maine Governor Janet Mills, Michigan Governor Gretchen Whitmer, New York Governor Kathy Hochul, New Mexico Governor Michelle Lujan Grisham, and Washington Governor Bob Ferguson, dated May 29, 2026.

71. On August 16, 2026, pursuant to Sections 6(a)(3)(B), (C), and (E) of Executive Order 12866, I submitted a second request via email to the Office of Management and Budget

("OMB") and to Dominic Mancini, Deputy Administrator, Office of Information and Regulatory Affairs ("OIRA"), OMB, at OIRA_submission@omb.eop.gov and dominic_mancini@omb.eop.gov, respectively. In that request, I noted that I had not received the documents I requested on July 20, 2026 or any response, and I asked for an "update on status." Attached as **Exhibit 67** is a true and accurate copy of my August 16, 2026 request. I have not yet received a response to this request.

72. Attached as **Exhibit 68** is a true and accurate copy of the transcript of the July 28, 2026 motion hearing before the Honorable Richard G. Stearns, United States District Judge, in the above-captioned matter.

73. Attached as **Exhibit 69** is a true and accurate copy of a webpage titled "About the Affordable Care Act" on the official website of the U.S. Department of Health and Human Services, as accessed on August 28, 2026. It can be accessed at https://www.hhs.gov/healthcare/about-the-aca/index.html.

74. Attached as **Exhibit 70** is a true and accurate copy of a Congressional Budget Office Supplemental Cost Estimate titled, "Public Law 119-21, to Provide for Reconciliation Pursuant to Title II of H. Con. Res. 14 Title VII, Finance, Subtitle B, Health, Chapter 1, Medicaid, As enacted on July 4, 2025," dated October 28, 2025.

75. Attached as **Exhibit 71** is a true and accurate copy of a report by Patti M. Boozang, Avi Herring, Adam D. Striar, and Elizabeth A. Scott, titled "CMS' Medicaid Work Requirements Rule: A 50-State Analysis of Additional Coverage Losses, FFY 2027–2034," dated July 2026. It was published by Manatt Health and can be accessed at https://www.manatt.com/insights/white-papers/2026/cms-medicaid-work-requirements-rule-a-50-state-analysis-of-additional-coverage-losses-ffy-2027-2034.

76. On August 14, 2026, pursuant to the Court's Electronic Order dated August 6, 2026, ECF No. 100, Defendants produced to Plaintiffs the Certification of the Rulemaking Record, Index to the Rulemaking Record, and the administrative record for the "Medicaid Program; Community Engagement Requirement for Certain Individuals" interim final rule that became available for public inspection on June 1, 2026, and appeared in the Federal Register on June 3, 2026 (the "Administrative Record"). A true and accurate copy of the Administrative Record will be provided to the Court under separate cover as **Exhibit 72.**

Signed under the penalties of perjury on this 1st day of September, 2026 in Boston, Massachusetts.

*/s/ Nita K. Klunder*
Nita K. Klunder

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Nita K. Klunder
Nita K. Klunder (BBO #689304)
*State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
617.963.2394
Nita.klunder@mass.gov
*Counsel for the Commonwealth of Massachusetts*