**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs*,<br>v.<br>MEHMET OZ, M.D., et al.,<br>*Defendants*. | Case No. 1:26-cv-12962 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to United States District Court for the District of Massachusetts Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of amici curiae the American Psychiatric Association, the American Psychological Association, Mental Health America, the National Association for Behavioral Healthcare, and the National Council for Mental Wellbeing, hereby moves for the admission of Aaron M. Panner of the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. to practice *pro hac vice* before this Court in the above-captioned action.

In support of this motion, the undersigned attorney states that, as evidenced in the accompanying certification, Aaron M. Panner is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar, has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

September 15, 2026

Respectfully submitted,

/s/ *Bradley E. Oppenheimer*
Bradley E. Oppenheimer (BBO #688330)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7968
boppenheimer@kellogghansen.com

Aaron M. Panner (BBO #629935)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7921
apanner@kellogghansen.com

*Counsel for Amici Curiae*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for proposed amici curiae has conferred with counsel for the parties and that they consent to the filing of this brief.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2026.

/s/ *Bradley E. Oppenheimer*
Bradley E. Oppenheimer (BBO #688330)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs*,<br>v.<br>MEHMET OZ, M.D., et al.,<br>*Defendants*. | Case No. 1:26-cv-12962 |

**CERTIFICATION OF AARON M. PANNER IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to United States District Court for the District of Massachusetts Local Rule 83.5.3, I, Aaron M. Panner, certify the following:

1. I am a member of the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. My office address is 1615 M Street, N.W., Suite 400, Washington, D.C. 20036.
2. I am a member in good standing in each jurisdiction to which I have been admitted to practice, including the bar of the District of Columbia.
3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.
4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.
5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

September 15, 2026

Respectfully submitted,

/s/ *Aaron M. Panner*
Aaron M. Panner (BBO #629935)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7921
apanner@kellogghansen.com

*Counsel for Amici Curiae*