**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MEHMET OZ, M.D., in his official capacity as Administrator of the Centers for Medicare & Medicaid Services, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-12962 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants, Mehmet Oz in his official capacity as Administrator of the Centers for Medicare & Medicaid Services; the Centers for Medicare & Medicaid Services; Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services; and the United States Department of Health and Human Services, respectfully cross-move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendants refer the Court to the accompanying Defendants' Combined Memorandum in Support of Their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

A proposed order is attached.

Dated: September 18, 2026

Respectfully submitted,
LEAH B. FOLEY
United States Attorney

By: *__/s/ Michael J. Gerardi__*
MICHAEL J. GERARDI
DC Bar No. 1017949
Deputy Associate General Counsel, Office of General Counsel, U.S. Dep't of Health & Human Services
Special Assistant U.S. Attorney

STEPHEN M. RICHMOND
DC Bar No. 1033701
Senior Attorney, Office of General Counsel, U.S. Dep't of Health & Human Services,
Special Assistant U.S. Attorney

200 Independence Ave., SW
Mailstop 443F.23
Washington, D.C. 20201
Phone: (202) 619-3620
E-Mail: Michael.Gerardi@hhs.gov

*Attorneys for Defendants*