**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

MEHMET OZ, M.D., in his official capacity as Administrator of the Centers for Medicare & Medicaid Services, *et al.*,

*Defendants*.

No. 1:26-cv-12962

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff States' Motion for Partial Summary Judgment, Defendants' Cross-Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that DEFENDANTS' motion is GRANTED, and it is further

ORDERED that PLAINTIFFS' motion is DENIED.

SO ORDERED:

Date:

Hon. Judge Richard Stearns
United States District Judge