UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Commonwealth of Massachusetts et al
Plaintiffs

CIVIL ACTION NO.:
1:26-cv-12962-RGS

v.

Oz et al
Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT**

October 29, 2026

Stearns, D.J.

In accordance with the Memorandum and Order entered on October 29, 2026, granting in part and denying in part Plaintiffs Motion for Summary Judgment and granting in part and denying in part Defendants Motion for Summary Judgment, Judgment is entered in favor of plaintiffs as to Count I and partial judgment in favor of defendants as to Count II. This case is hereby DISMISSED.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
United States District Judge